# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

In re:                                          )
                                                )
MARY HAMMOND,                                   )       Main Case No.   10-06375-FLK13
                                                )
                                                )       Findings Re: Objection to Attorney Fees
                                                )       Of Robert G. McMillen
                        Debtor.                 )
_____ )

   This matter- the debtor's objection to attorney's fee- came on for hearing on March 17, 2011, before Bankruptcy Judge Frank L. Kurtz.  The Court read and considered the application, time records and other pleadings submitted in support of the application.  The Court also read and considered the objection and other pleadings submitted in opposition to the application.

   NOW THEREFORE,

   The Court finds the services for which the attorney seeks compensation were necessary and provided a benefit to the debtor.

   The Court further finds the charges for the services were reasonable.

   The Court concludes an order should be entered allowing the compensation under authority of 11 U.S.C. § 330.

_____
Frank L. Kurtz
Bankruptcy Judge

FINDINGS RE: OBJECTION TO
ATTORNEY FEES OF
ROBERT G. McMILLEN

03/31/2011 11:19:54

-1-

10-06375-bk.13.2.FLK.upload.O3.1.1301593683.AWlsD4cD